# United States Court of Appeals
## For the First Circuit

_____

No. 25-1335

IN RE: DZHOKHAR A. TSARNAEV,

Petitioner.

_____

**ORDER OF COURT**

Entered: April 14, 2025

      Defendant-petitioner has filed a petition for writ of mandamus in this court in which he seeks an order requiring the district judge to recuse. Several preliminary matters need to be addressed before the court takes up the petition. First, defendant has moved for IFP status; that motion is granted. Second, defendant seeks to seal several documents and corresponding portions of his mandamus petition. That motion is granted. See 1st Cir. L. R. 11.0(c)(1) ("materials which were filed with the district court . . . under seal and which constitute part of the record . . . will remain under seal[.]"). The government is directed to file an answer to the petition within twenty-one days of the date of this order.

      By the Court:

      Anastasia Dubrovsky, Clerk

cc:
David I. Bruck, Judith H. Mizner, Timothy G. Watkins, William W. Fick, Judy Clarke, Deirdre von Dornum, Daniel Habib, David Patton, Mia Alyssa Eisner-Grynberg, Mark T. Quinlivan, Donald Campbell Lockhart, Nadine Pellegrini, Jeffrey Bradford Kahan, Steven D. Mellin, Brendan T. Mockler, Jason A. Casey, Matthew R Segal, Jonathan M. Albano, Emma D. Hall