# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1335     Short Title: In Re: Tsarnaev

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Dzhokhar A. Tsarnaev</u> as the

[ ] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[✓] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

_____     04/14/2025
Signature                            Date

<u>Daniel Habib</u>
Name

<u>Federal Defenders of New York, Inc.</u>     <u>(212) 417-8769</u>
Firm Name (if applicable)                     Telephone Number

<u>52 Duane Street, 10th Floor</u>              <u>(212) 571-0392</u>
Address                                       Fax Number

<u>New York, NY 10007</u>                       <u>daniel_habib@fd.org</u>
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: <u>1173462</u>

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. <u>16-6001; 15-1170; 14-2362</u>

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).