No. 25-1335

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

_____

### IN RE: DZHOKHAR A. TSARNAEV,
Petitioner

_____

### GOVERNMENT'S MOTION FOR LEAVE TO FILE
### ANSWER TO MANDAMUS PETITION UNDER SEAL

Pursuant to 1st Cir. Local Rule 11.0(c)(1), the United States of America hereby moves this Court for leave to file portions of its answer to the petition for a writ of mandamus filed by the petitioner, Dzhokhar A. Tsarnaev, under seal. In support of this motion, the government states as follows:

1. On April 4, 2025, the petitioner filed a petition for a writ of mandamus in which he seeks an order requiring the district judge to recuse. The government's answer to the mandamus petition is due on May 5, 2025.

2. On April 14, 2025, this Court granted the petitioner's motion for leave to file several documents and corresponding portions of his mandamus petition under seal.

3. The government's answer to the mandamus petition quotes from and/or references the materials that remain under seal. To preserve the confidentiality of these materials until they are unsealed, the government requests leave to file

unredacted versions of its answer to the mandamus petition under seal in this Court, and a redacted version of its answer to the mandamus petition for public filing.

For these reasons, the government respectfully requests that the Court grant this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Mark T. Quinlivan, AUSA, certify that on May 1, 2025, I served a copy of the foregoing document on the following registered participant of the CM/ECF system:

Daniel Habib, Esq.
Deirdre D. Van Dornum, Esq.
Mia Eisner-Grynberg, Esq.
Federal Defenders of New York, Inc.
New York, NY 10118

David E. Patton, Esq.
Hecker Fink L.L.P.
350 Fifth Avenue, 63rd Floor
52 Duane Street, 10th Floor
New York, NY 10007

William Fick, Esq.
Fick & Marx, L.L.P.
24 Federal Street, 4th Floor
Boston, MA 02110

/s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN