# United States Court of Appeals
## For the First Circuit

No. 25-1335

IN RE: DZHOKHAR A. TSARNAEV,

Petitioner.

**ORDER OF COURT**

Entered: May 2, 2025

      The Government's Motion for Leave to File Answer to Mandamus Petition Under Seal is granted. See 1st Cir. L. R. 11.0(c)(1) ("materials which were filed with the district court . . . under seal and which constitute part of the record . . . will remain under seal[.]").

By the Court:

Anastasia Dubrovsky, Clerk

cc:
David I. Bruck, Judith H. Mizner, Timothy G. Watkins, William W. Fick, Judy Clarke, Deirdre von Dornum, Daniel Habib, David Patton, Mia Alyssa Eisner-Grynberg, Mark T. Quinlivan, Donald Campbell Lockhart, Nadine Pellegrini, Jeffrey Bradford Kahan, Steven D. Mellin, Brendan T. Mockler, Jason A. Casey, Matthew R Segal, Jonathan M. Albano, Emma D. Hall