Docket No. 25-1335

In the United States
Court of Appeals for the
First Circuit

**In re DZHOKHAR A. TSARNAEV,**
Petitioner.

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

Dzhokhar A. Tsarnaev moves for leave to file a Reply in support of his Petition for Writ of Mandamus.

As grounds for this motion, undersigned counsel state:

1. On April 4, 2025, Tsarnaev filed a Petition for Writ of Mandamus ordering Judge O'Toole to recuse himself from conducting the investigation into potential juror bias ordered by this Court. On April 14, 2025, this Court ordered the government to file an Answer to the Petition within 21 days. On May 5, 2025, the government filed its Answer.

2. A Reply is necessary to ensure that Tsarnaev receives the effective assistance of counsel in this capital case and will facilitate this Court's decision-making process. For example, a Reply will permit Tsarnaev to address the government's new procedural claims (waiver and plain error, Answer 23, 26), as

1

well as its timeliness argument (Answer 29–32), which was not a basis for the district court's decision below. A Reply will also permit Tsarnaev to address the government's characterization of certain facts and caselaw.

3. This Court has allowed replies in support of mandamus petitions in similar circumstances in non-capital cases. See, e.g., Order, In re Bulger, No. 12–2488 (1st Cir. Dec. 19, 2012) (allowing reply in support of interlocutory mandamus petition filed by defendant seeking recusal of district judge in federal criminal case); Order, In re United States, No. 06–1136 (1st Cir. Jan. 23, 2006) (allowing reply in support of interlocutory mandamus petition filed by government seeking recusal of district judge in federal criminal case). This capital case merits the same treatment.

4. Tsarnaev therefore respectfully requests leave to file a Reply of not more than 3,900 words (half the word limit for an initial mandamus petition, see Fed. R. App. P. 21(d)(1)), and to do so within 14 days of the government's Answer, that is, by May 19, 2025.

Dated: May 6, 2025                                   Respectfully submitted,

/s/ Daniel Habib, Esq.

| | |
|---|---|
| David E. Patton, Esq. | Daniel Habib, Esq. |
| Court of Appeals # 1173507 | Court of Appeals # 1173462 |
| HECKER FINK LLP | Deirdre D. von Dornum, Esq. |
| 350 Fifth Avenue, 63rd Floor | Court of Appeals # 11713158 |
| New York, NY 10118 | Mia Eisner-Grynberg, Esq. |
| Tel.: (212) 763-0883 | Court of Appeals # 1186916 |
| DPATTON@HECKERFINK.COM | FEDERAL DEFENDERS OF NEW YORK, INC. |
| William Fick, Esq. | 52 Duane Street, 10th Floor |
| Court of Appeals # 82686 | New York, NY 10007 |
| FICK & MARX LLP | (212) 417-8769 |
| 24 Federal Street, 4th Floor | DANIEL_HABIB@FD.ORG |
| Boston, MA 02110 | DEIRDRE_VONDORNUM@FD.ORG |
| (857) 321-8360 | MIA_EISNER-GRYNBERG@FD.ORG |
| WFICK@FICKMARX.COM | |

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains **308** words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using **Microsoft Word** in **14-point font** in **Times New Roman** type style.

Dated:  May 6, 2025              /s/ Daniel Habib, Esq.
                                 Attorney for Defendant-Appellant
                                 **Dzhokhar Tsarnaev**

_____

## CERTIFICATE OF SERVICE

I hereby certify that May 6, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that all parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system.

Dated:  May 6, 2025              /s/ Daniel Habib, Esq.
                                 Attorney for Defendant-Appellant
                                 **Dzhokhar Tsarnaev**