# United States Court of Appeals
## For the First Circuit

_____

No. 25-1335

IN RE: DZHOKHAR A. TSARNAEV,

Petitioner.

_____

**ORDER OF COURT**

Entered: May 8, 2025

    Petitioner's Motion for Leave to File Reply in Support of Petition for Writ of Mandamus is granted. The reply shall be filed on or before May 19, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
David I. Bruck
Judith H. Mizner
Timothy G. Watkins
William W. Fick
Judy Clarke
Deirdre von Dornum
Daniel Habib
David Patton
Mia Alyssa Eisner-Grynberg
Mark T. Quinlivan
Donald Campbell Lockhart
Nadine Pellegrini
Jeffrey Bradford Kahan
Steven D. Mellin
Brendan T. Mockler
Jason A. Casey
Matthew R Segal
Jonathan M. Albano
Emma D. Hall