Docket No. 25-1335

In the United States
Court of Appeals for the
First Circuit

In re DZHOKHAR A. TSARNAEV,
Petitioner.

## MOTION FOR ORAL ARGUMENT

Dzhokhar A. Tsarnaev moves for oral argument on his Petition for Writ of Mandamus.

As grounds for this motion, undersigned counsel state:

1.  On April 4, 2025, Tsarnaev filed a Petition for Writ of Mandamus ordering Judge O'Toole to recuse himself from conducting the investigation into potential juror bias ordered by this Court. On May 5, 2025, the government filed its Answer. On May 19, 2025, with this Court's leave, Tsarnaev filed a Reply.

2.  Oral argument will ensure that Tsarnaev receives the effective assistance of counsel in this capital case, and will facilitate this Court's decision-making process, because the factual and legal grounds for recusal have not previously been presented to, or argued before, this Court.

3.  Fed. R. App. P. 21(b)(5) allows for oral argument on mandamus

1

petitions, and this Court has heard argument on such petitions, including in this case. In re Tsarnaev, No. 15–1170 (1st Cir. Feb. 19, 2015); see also, e.g., In re Da Graca et al., No. 20–2117 (1st Cir. March 1, 2021); In re JP Morgan Chase Bank, N.A., No. 14–8015 (1st Cir. June 4, 2014); In re Bulger, No. 12–2488 (1st Cir. Jan. 8, 2013) (mandamus petition seeking recusal); In re United States, No. 06–1136 (1st Cir. Feb. 6, 2006) (mandamus petition seeking recusal).

Dated: May 27, 2025

Respectfully submitted,

/s/ Daniel Habib, Esq.

| | |
|---|---|
| David E. Patton, Esq. | Daniel Habib, Esq. |
| Court of Appeals # 1173507 | Court of Appeals # 1173462 |
| HECKER FINK LLP | Deirdre D. von Dornum, Esq. |
| 350 Fifth Avenue, 63rd Floor | Court of Appeals # 11713158 |
| New York, NY 10118 | Mia Eisner-Grynberg, Esq. |
| Tel.: (212) 763-0883 | Court of Appeals # 1186916 |
| DPATTON@HECKERFINK.COM | FEDERAL DEFENDERS OF NEW YORK, INC. |
| William W. Fick, Esq. | 52 Duane Street, 10th Floor |
| Court of Appeals # 82686 | New York, NY 10007 |
| FICK & MARX LLP | (212) 417-8769 |
| 24 Federal Street, 4th Floor | DANIEL_HABIB@FD.ORG |
| Boston, MA 02110 | DEIRDRE_VONDORNUM@FD.ORG |
| (857) 321-8360 | MIA_EISNER-GRYNBERG@FD.ORG |
| WFICK@FICKMARX.COM | |

*Attorneys for Petitioner*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains **217** words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using **Microsoft Word** in **14-point font** in **Times New Roman** type style.

Dated:  May 27, 2025                     /s/ Daniel Habib, Esq.
                                            Attorney for Petitioner
                                            **Dzhokhar Tsarnaev**

_____

## CERTIFICATE OF SERVICE

I hereby certify that May 27, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that all parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system.

Dated:  May 27, 2025                     /s/ Daniel Habib, Esq.
                                            Attorney for Petitioner
                                            **Dzhokhar Tsarnaev**