# United States Court of Appeals
## For the First Circuit

---

No. 25-1335

IN RE: DZHOKHAR A. TSARNAEV,

Petitioner.

---

Before

Barron, Chief Judge,
Howard, Thompson, Kayatta, Gelpí, Montecalvo, Rikelman,
Aframe, and Dunlap, Circuit Judges.

---

**ORDER OF COURT**

Entered: December 18, 2025

 Pursuant to First Circuit Internal Operating Procedure X(C), the petition for rehearing en banc has also been treated as a petition for rehearing before the original panel. The petition for rehearing having been denied by the panel of judges who decided the mandamus petition and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

            By the Court:

            Anastasia Dubrovsky, Clerk

cc:
David I. Bruck, Judith H. Mizner, Timothy G. Watkins, William W. Fick, Judy Clarke, Deirdre von Dornum, Daniel Habib, David Patton, Mia Alyssa Eisner-Grynberg, Mark T. Quinlivan, Donald Campbell Lockhart, Nadine Pellegrini, Jeffrey Bradford Kahan, Steven D. Mellin, Brendan T. Mockler, Jason A. Casey, Matthew R Segal, Jonathan M. Albano, Emma D. Hall